UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 14-3313-SIMONTON

UNITED STATES OF AMERICA

v.

MARIO CAVIEDES,                                    SEALED

    Defendant.
_____/

CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JONATHAN E. KOBRINSKI
Court ID No. A5501893
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9074
FAX (305) 530-7976
jonathan.kobrinski@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| MARIO CAVIEDES, | ) Case No. 14-3313-SIMONTON |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 2013 to December 4, 2013  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 371; and | NSA to commit an offense ON Conspiracy against the United States. |
| Title 18, United States Code, Section 470. | Dealing in counterfeit obligations or securities of the United States, while outside the United States. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

S/A Matthew Mellody, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/05/2014

_____
Judge's signature

City and state:  Miami, Florida    ANDREA M. SIMONTON, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Matthew J. Mellody, being duly sworn, depose and state the following:

1. I am a Special Agent of the United States Secret Service ("USSS"), and I have been so employed since June 2010. Before that, I was an officer with the USSS for five years. I was previously assigned to the counterfeit squad in the Miami Field Office investigating crimes in relation to counterfeiting United States currency and securities of the United States. I am currently assigned to the South Florida Organized Fraud Task Force, in Plantation, Florida. I have received extensive training in the investigation of counterfeit currency, check fraud, bank fraud, access device fraud, and identity theft, among other things. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of 18 U.S.C. § 3056.

2. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel, and other individuals who have personal knowledge of the facts. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint charging Mario Caviedes ("CAVIEDES") with conspiracy to deal in counterfeit obligations or securities of the United States, in violation of 18 U.S.C. § 371 and dealing in counterfeit obligations or securities of the United States, while outside the United States, in violation of 18 U.S.C. § 470. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

## FACTUAL BACKGROUND

3.  In May 2013, USSS Special Agents identified an individual who was passing counterfeit United States currency (CFT). This individual agreed to become a cooperating witness (CW) and to lead the agents to the source that supplied the CFT.

4.  On June 6, 2013, the CW agreed to wire $5,000 to an account that CAVIEDES had provided to the CW via text message for payment of CFT previously obtained by the CW. The account provided was #******1096 at Bank of America belonging to an individual whose initials are "N.H." in Miami, Florida ("Miami Bank Account"). After the money was wired, the CW called CAVIEDES in accordance with the instructions CAVIEDES previously gave the CW to call or text immediately following his payments for the CFT. On this call, which was recorded by the agents, CAVIEDES requested that the CW send the outstanding balance of the cost of the CFT to his girlfriend, whose initials are "M.A.C.," via Western Union. Also during the phone call CAVIEDES advised the CW that approximately 400 to 500 counterfeit Federal Reserve Notes (FRN) were ready for the CW in New York.

5.  On June 13, 2013, the CW wired $1,450 to "M.A.C." via Western Union as previously instructed by CAVIEDES. The CW then called CAVIEDES to inform him that the money had been sent. CAVIEDES stated that the CW had the "green light" to continue working with his people. This call was recorded by the USSS agents.

6.  On June 20 and 21, 2013, the agents recorded consensual phone calls with the CW and an individual whose initials are believed to be "L.M." During these calls, the CW and "L.M." agreed to meet. At the meeting, which was on or about June 21, 2013, the CW was accompanied by a USSS undercover agent (UC). The CW obtained $25,000 in counterfeit $100 FRN.

2

7. On July 10, 2013, a USSS agent met with the CW and wired $1,500 to the Miami Bank Account. The CW texted CAVIEDES to advise him of the wire transfer. The CW requested that the CW's friend, who was the USSS UC, be able to pick up more counterfeit in New York because it was a far drive for the CW. CAVIEDES agreed that it would be fine for the CW's friend to pick up the counterfeit and to work it out with "L.M".

8. On July 15, 2013, CAVIEDES texted the CW to request the CW to wire more money because "L.M." had "550 papers." Based on their course of dealings, this meant that "L.M." had $55,000 in counterfeit $100 FRN waiting for the CW.

9. On July 16, 2013, USSS agents met with the CW and wired $3,500 to the Miami Bank Account. The CW texted CAVIEDES to advise him of the wire transfer. CAVIEDES replied that the CW could obtain the CFT now that the CW had paid some of his debt. On July 18, 2013, the USSS UC met with "L.M." and received $54,000 in CFT FRNs.

10. The CW made controlled installment payments at CAVIEDES's direction for the previously obtained counterfeit. On July 25, 2013, a USSS Special Agent met with the CW. In accordance with instructions provided by CAVIEDES, the CW wired $3,200 to a different Bank of America account in Miami, Florida (#******5458) in the name of "J.P." Once the money was wired, the CW texted CAVIEDES. On August 6, 2013, a USSS agent met with the CW and wired $3,500 to a Citi Bank account in the name "N.H." Once the money was wired, the CW texted CAVIEDES. On August 30, 2013, a USSS agent met with the CW and wired $5,000 to a Bank of America account (#******2162) in San Antonio, Texas in the name of an individual whose initials are "A.Z." Once the money was wired, the CW texted CAVIEDES. Another controlled payment was made at CAVIEDES's direction to this account on September 10, 2013.

11. On November 18, 2013, USSS Special Agents and the CW travelled to Cali, Colombia. On November 20, 2013, CAVIEDES and the CW went to CAVIEDES's residence, located at Calle 45 Carrera 98A, building 9, Apt. 434, Cali, Colombia. Inside the residence, CAVIEDES introduced the CW to the "Bill Maker." The "Bill Maker" offered the CW a small bag of counterfeit ($40,000 CFT) for a good price. The CW stated that he/she was nervous about getting through customs but would think about the offer. Also on this date, the CW made a final payment of $2,000.00 to CAVIEDES for counterfeit received previously in the United States. The meeting between CAVIEDES, the "Bill Maker," and the CW was recorded.

12. On November 21, 2013, the CW introduced a confidential source (CS) to CAVIEDES. This episode was recorded. Their discussion included information that lead CAVIEDES to believe that the CS was working for a criminal drug trafficking organization ("DTO"). CAVIEDES told the CS that he could launder the DTO's money for a good price. CAVIEDES also offered to show the CS how they pack counterfeit money into hand bags. CAVIEDES and the CS exchanged cell phone numbers and planned a meeting for the following night.

13. On December 3, 2013, the CS met with CAVIEDES and discussed the smuggling of $40,000 of counterfeit $100 FRN from Cali, Colombia, to New York. On December 4, 2013, CAVIEDES gave the CS a small bag containing 398 counterfeit $100 FRNs. USSS and Colombian law enforcement surveilled this meeting and the meeting was recorded. The CFT was taken into evidence by the USSS.

**CONCLUSION**

14. Based upon the foregoing, this affiant submits that there is probable cause to believe that beginning in or around May 2013 and continuing through on or about December 4, 2013, Mario CAVIEDES conspired to deal in counterfeit obligations or securities of the United States, in

4

violation of 18 U.S.C. § 371, and did deal in counterfeit obligations or securities of the United States, while outside the United States, in violation of 18 U.S.C. § 470.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
MATTHEW MELLODY
SPECIAL AGENT
U.S. SECRET SERVICE

Subscribed and sworn before me this 5th day of November 2014.

*[signature]*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

5